# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| PAUL MICHAEL HANEY, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) 6:12-cv-00067-LGW-GRS |
| | ) |
| KING AMERICA FINISHING, INC., | ) |
| MICHAEL ALBERT BEASLEY and | ) |
| WESTEX HOLDING COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's Motion to Stay All Deadlines and Proceedings in this case, including but not limited to Plaintiff's Response to Defendant Beasley's Motion to Dismiss, pending Remand determination.

Having reviewed Plaintiff's Motion, to which Defendants have no objection, and for good cause shown, Plaintiff's Motion is hereby GRANTED.

*Order on Motion to Stay, 6:12-cv-00067-LGW-GRS, Page 1 of 2*



PLAINTIFF'S EXHIBIT A

IT IS ORDERED AND ADJUDGED that all deadlines and proceedings in this case are stayed pending the determination of Plaintiff's Motion to Remand.

SO ORDERED THIS 12TH DAY OF September, 2012.

_Magistrate_ _/s/ M. Smith_
Judge, United States District Court
Southern District of Georgia

Order Prepared by:
/s/ Robert Bartley Turner
Robert Bartley Turner
SAVAGE, TURNER, PINCKNEY & MADISON
304 E. Bay Street
Savannah, GA 31401
(912) 231-1140